# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00100-SASP-1 |
| CASE NAME: | United States of America vs. Dallas Pokornik |
| ATTY FOR PLA: | Michael David Nammar |
| ATTY FOR DEFT: | Craig W. Jerome |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR-CT 6 |
| DATE: | 01/20/2026 | TIME: | 10:44 AM-10:49 AM |

COURT ACTION: EP:   INITIAL APPEARANCE; ARRAIGNMENT & PLEA to the Indictment hearing held.

Defendant present and in custody.

The Court provisionally appoints Mr. Jerome and the Office of the Public Defender as counsel for Defendant pending the submission of Defendant's Financial Affidavit.

The Court held an Initial Appearance; Arraignment and Plea to the Indictment.

Mr. Jerome represents Indictment received and reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters Pleas of Not Guilty. Court confirms same with defendant. NOT GUILTY pleas entered.

Trial date and deadlines given.

| Trial Dates and Deadlines: | Date |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Park | 03/17/2026 9:00 AM **Location:** Aha Nonoi |
| 2) Trial Conference before Judge Park | 03/03/2026 10:00 AM **Location:** Aha Nonoi |
| 2a) Joint Trial Presentation Statement | 02/24/2026 |
| 3a) Motions Deadline | 02/03/2026 |
| 3b) Responses Deadline | 02/10/2026 |
| 4) Rule 16.1 Discovery Conference deadline | 02/03/2026 |
| 5) Fed. R. Evid. 404(b) | 02/10/2026 |
| **6) Motions in Limine:** | |
| 6a) Motions in Limine | 02/17/2026 |
| 6b) Memoranda in opposition to Motions in Limine | 02/24/2026 |
| 7) Brady and Giglio Material | 02/24/2026 |
| **8) Jury Instructions:** | |
| 8a) Proposed Jury Instructions | 02/17/2026 |
| 8b) Complete set of all agreed upon jury instructions | 02/24/2026 |
| 8c) Separate instructions and objections | 02/24/2026 |
| 9) Witness Lists | 02/17/2026 |
| **10) Expert Disclosures:** | |
| 10a) Parties' initial disclosures | 02/17/2026 |
| 10b) Evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or (b)(1)(C). | 02/24/2026 |
| **11) Exhibits:** | |
| 11a) Parties exchange exhibits | 03/11/2026 |
| 11b) Exhibit List, original exhibits, and 2 additional copies of exhibits (tabbed and in binders) | 03/11/2026 |
| 11c) Thumb drive of exhibits (if using JERS (Jury Evidence Recording System)) | 03/11/2026 |
| 12) Stipulations | 02/17/2026 |
| 13) Voir Dire Questions | 03/03/2026 |
| 14) Trial Briefs | 03/03/2026 |
| 15) Jencks Disclosures | 03/13/2026 |

**16) Other Matters**

      Parties are instructed to review and comply with this Court's Pretrial Procedures in Criminal and Civil Cases available on the public website.

Court to issue a Criminal Scheduling Order.

Government filed a *Motion to Detain Defendant Without Bail*, ECF No. [9].

Detention Hearing is set for **January 23, 2026 at 10:30 a.m.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield.

The Court reminded the Government of its obligations under Rule 5(f) and as set out in this Courts General Order dated February 1, 2021:

The Court orders the prosecution to comply with its disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in consequences, including, but not limited to: exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, court sanctions, and/or referral to disciplinary counsel.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jodie Duarte, Courtroom Manager*