# UNITED STATES DISTRICT COURT

──────────── District of Hawaii ────────────

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 25-00100 SASP |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 20, 2026 3:26 PM**
Lucy H.Carrillo, Clerk of Court

DALLAS POKORNIK

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST <u>DALLAS POKORNIK</u> and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Counts 1 & 2: Wire Fraud

• in violation of Title 18 United States Code, Section(s) 1343

Date: _____ October 2, 2025 _____     Lucy H. Carrillo, Clerk of Court
                                                 Name and Title of Issuing Officer

Location: _____ Honolulu, Hawaii _____     /S/Lucy H. Carrillo by deputy clerk EA
                                                     Prepared/Signed By:

By: Rom Trader, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at <br> Honolulu International Airport | | |
| Date Received <br> 12/17/2025 <br><br> Date of Arrest <br> 1/15/2026 | NAME AND TITLE OF ARRESTING OFFICER <br><br> Matthew Mitchell, <br> HSI Special Agent | SIGNATURE OF ARRESTING OFFICER |