ORIGINAL

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Michael.Nammar@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 2 2026

at____ o'clock and____ min. ____ M
Lucy H. Carrillo, Clerk

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR25-00100 SASP |
| | ) | |
| Plaintiff, | ) | [18 U.S.C. § 1343] |
| | ) | |
| v. | ) | |
| | ) | |
| DALLAS POKORNIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

<u>General Allegations</u>

At all times relevant to the charges in this Superseding Indictment:

1.     Defendant DALLAS POKORNIK was a resident of Canada.

2.     Airline 1 was headquartered in Honolulu, Hawaii.

3.     Airline 2 was headquartered in Chicago, Illinois.

4.     Airline 3 was headquartered in Fort Worth, Texas.

5.     Airline 4 was headquartered in Toronto, Canada.

6.     From on or about July 17, 2017, and continuing to on or about October 7, 2019, POKORNIK worked for Airline 4 as a flight attendant; POKORNIK was never a pilot for Airline 4.

<u>Counts 1-2</u>
Wire Fraud
(18 U.S.C. § 1343)

7.     The General Allegations section of this Superseding Indictment is re-alleged and incorporated by reference as if fully set forth herein.

8.     From a precise date unknown, but by at least as early as in or about January 2020, and continuing to on or about October 28, 2024, in the District of Hawaii and elsewhere, DALLAS POKORNIK, the defendant, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property from Airline 1, Airline 2, and Airline 3 by means of materially false and fraudulent pretenses, representations, and promises, and transmitted and caused to

be transmitted by means of interstate wire, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## Purpose of the Scheme and Artifice

9.    It was the purpose of the scheme and artifice for POKORNIK to unlawfully enrich himself by, among other things, falsely and fraudulently representing to Airline 1, Airline 2, and Airline 3 that he was a pilot or flight attendant in order to obtain airline tickets free of charge, to which the defendant was not entitled.

## Manner and Means of the Scheme and Artifice

10.    The manner and means by which POKORNIK sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

11.    POKORNIK made and caused to be made false and fraudulent representations to Airline 1, Airline 2, and Airline 3, including that POKORNIK was a pilot and/or flight attendant, in order to obtain travel benefits, including airline tickets that are reserved for pilots and flight attendants.

12.    POKORNIK used and presented a false and fictious identification badge, which falsely claimed that POKORNIK was a current employee of Airline 4, which he in fact knew to be fraudulent at the time it was so presented.

3

13.    As a result of the false and fraudulent representations, POKORNIK caused Airline 1, Airline 2, and Airline 3 to issue, in total, more than 200 airline tickets at no cost to POKORNIK.

## The Wire Communications

14.    On or about the dates stated below, in the District of Hawaii and elsewhere, and for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, POKORNIK did knowingly cause to be transmitted, certain writings, signs, signals, pictures, and sounds in interstate commerce, with each such wire communication constituting a separate count of this Superseding Indictment:

| Count | Approximate Date | Description of Wire |
|-------|------------------|---------------------|
| 1 | August 16, 2024 | Ticket issued on Airline 1 in connection with record locator 6HXFHG, causing a wire transmission from the District of Hawaii to a computer server outside the District of Hawaii |
| 2 | October 17, 2024 | Ticket issued on Airline 1 in connection with record locator 6ZB5FW, causing a wire transmission from the District of Hawaii to a computer server outside the District of Hawaii |

All in violation of Title 18, United States Code, Section 1343.

## Forfeiture Notice

15.    The allegations contained in all paragraphs of Counts 1 and 2 of this Superseding Indictment are hereby realleged and incorporated by reference for the

4

purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

16.     The United States hereby gives notice to the defendant that, upon conviction of the offenses charged in Counts 1 and 2 of this Superseding Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1343, alleged in Counts 1 and 2 of this Superseding Indictment.

17.     If by any act or omission of the defendant, any of the property subject to forfeiture described in the preceding paragraph herein:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property up to the value of the property described above in the preceding paragraph,

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: January 22, 2026, at Honolulu, Hawaii.

A TRUE BILL

*/s/ Foreperson*

FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney

United States v. Dallas Pokornik
Superseding Indictment
Case. No. CR25-00100 SASP

6