UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
DISTRICT OF HAWAII
PASSPORT RECEIPT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 23, 2026 10:14 AM
Lucy H.Carrillo, Clerk of Court

RE: Pokornik, Dallas

Year of Birth: 1992

Place of Birth: Canada

Case Number: 1:25CR00100

**COURT ORDER** entered on January 23, 2026

- ☐ **United States Passport**
  Passport Number (_____)
  to the custody of the U.S. Probation and Pretrial Services Office on _____.

- ☐ **Foreign Passport** *(CANADA)*
  Passport Number __AS253791__
  to the custody of the U.S. Probation and Pretrial Services Office on January 23, 2026.

- ☐ Other _____ to the custody of the U.S. Probation and Pretrial Services Office on Enter Date.

__*Surrendered by HSI to USPPSO__        _W/Whitney Marker_ (signature)
**Client's Signature**                   **Officer's Signature**

PASSPORT RETURN

This will acknowledge receipt of Passport Number _____
and/or Other_____ previously surrendered to the U.S. Probation and Pretrial Services Office pursuant to a prior Court Order.

Date Returned: _____        Recipient's Signature: _____

*FOR USPPSO AGENCY USE ONLY*

Logged IN Passport Log                       Logged OUT Passport Log
_(signature)_ 1/23/2026                       _____
**Passport Guardian Signature and Date**     **Passport Guardian Signature and Date**

| PURPOSE RETURNED | RETURNED TO | MAILED BY |
|---|---|---|
| ☐ Travel per Court Order | ☐ Defendant | ☐ Certified Mail |
| ☐ Incarcerated | ☐ U.S. State Department | ☐ FedEx |
| ☐ Not Convicted | ☐ ICE-ERO/Foreign Consulate | ☐ Other |
| ☐ Other | ☐ Other | |

USPPSO-HI(3/2025)