Case No.    CR 25-00100 SASP; USA V. DALLAS POKORNIK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2026

Lucy H. Carrillo, Clerk

PROOF OF SERVICE

This summons was received to me on *(date)* __1/23/26__ at ___ o'clock and __50__ min. ___ M

☒ I personally served the summons on this defendant __Dallas Pokornik__ at *(place)* __300 Ala Moana Blvd.__ On *(date)* __1/23/26__ ; or

☐ On *(date)* _____ I left the summons at the individuals residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____ .

I declare that under penalty of perjury that this information is true.

Date returned: __1/23/26__

_____
*Server's Signature*

__Joshua Clayton / DUSM__
*Printed name and title*

Remarks:

2

ORIGINAL

# UNITED STATES DISTRICT COURT

──────── District of Hawaii ────────

UNITED STATES OF AMERICA

V.

DALLAS POKORNIK
  (Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 25-00100 SASP

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>  United States District Court<br>  300 Ala Moana Blvd<br>  Honolulu, HI 96850<br>  Ph. (808) 541-1300 (Honolulu Number) | Room<br><br>COURTROOM 6 |
|---|---|
| Before: Kenneth J. Mansfield, United States Magistrate Judge | Date and Time<br><br>January 23, 2026 at 9:45 a.m. |

To Answer a(n) Superseding Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 1343.

Brief description of offense:
Counts 1 & 2: Wire Fraud

Lucy H. Carrillo , Clerk of Court
──────────────────────────
Name and Title of Issuing Officer

/s/ Lucy H. Carrillo by EA
──────────────────────────
Signature of Issuing Officer/Deputy Clerk

January 22, 2026
──────────────
Date