# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00100-SASP-1 |
| CASE NAME: | United States of America v. Dallas Pokornik |
| ATTORNEY FOR PLA: | Michael D. Nammar, AUSA |
| ATTORNEY FOR DEFT: | Craig W. Jerome, AFPD |
| U.S. PTS Officer | Whitney Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR-CR 6 |
| DATE: | 1/23/2026 | TIME: | 9:41 am – 9:45 am |

COURT ACTION: EP: ARRAIGNMENT AND PLEA TO THE SUPERSEDING INDICTMENT and DETENTION HEARING as to Defendant Dallas Pokornik held.

Defendant is present and in custody.

Defendant's Financial Affidavit is pending submission to the Court.

The Court held an Arraignment and Plea to the *Superseding Indictment*, ECF No. [14].

Defendant confirms Superseding Indictment received and reviewed. Defendant understands the general nature of the charges and enters Pleas of Not Guilty. NOT GUILTY pleas entered.

Court confirms Jury Selection and Trial are set for March 17, 2026, at 9:00 a.m., in Aha Nonoi, before District Judge Shanlyn A.S. Park and all pretrial related deadlines as referenced in ECF No. [11] *Criminal Scheduling Order*.

Discussion held regarding Detention Hearing.

The Court took judicial notice of the U.S. Pretrial Services' Report, other documents on file and found the conditions recommended by Pretrial Services sufficient to reasonably assure the appearance of the defendant as required and the safety of the community.

Court adopted the recommendations of Pretrial Services and ordered the Defendant released on an **unsecured bond in the amount of $50,000.00** with the following conditions:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

(7g1)  Surrender any passport and all travel documents to the US Probation and Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted and unless otherwise ordered by the Court, a US passport will be transferred to the State Department and a Foreign passport will be transferred to ICE-ERO or consulate of issuing country. Surrender no later than: **01/30/2026**.

(7h3)  Travel is restricted to: **the island of Oahu**.

(7m1)  Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7p3)  Participate in the following location restriction program and comply with its requirements as directed by Pretrial Services. The Court authorizes release under the CURFEW restriction. Unless otherwise ordered in Special Condition (7o), you are restricted to your residence every day during the curfew hours as determined by Pretrial Services.

(7p5)  You must abide by the program requirements and instructions of Pretrial Services related to the proper operation of the specified Location Monitoring technology: GLOBAL POSITIONING SYSTEM (GPS) MONITORING.

(7q)   Placement at MAKANA O KE AKUA (MOKA) or FAITH HOUSE transitional housing. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all rules of the MOKA or FAITH House program/facility.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the drug detection testing process in any manner.

(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing including remote alcohol testing devices, as approved by Pretrial Services. Do not obstruct, attempt to obstruct, or tamper with the alcohol detection testing process in any manner.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

The Court also informed the Defendant that the Pretrial Service officer will have, and can go over these conditions as well.

**These minutes will stand as the conditions of bond. IT IS SO ORDERED**.

Government's Motion to Detain Defendant Without Bail, ECF No. [9] - DENIED.

Abstract of Release filed. Defendant remanded to the custody of the U.S. Marshal Service for processing and release.

*Submitted by: Jodie Duarte, Courtroom Manager*