UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 23 2026
at 9 o'clock and 45 min. AM
Lucy H. Carrillo, Clerk

| UNITED STATES OF AMERICA | ) | CASE NUMBER 25-cr-00100 SASP |
|---|---|---|
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| Dallas Pokornik, | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __1/23/2026__ the Court entered the following order:

✓ Defendant to be released from custody forthwith

    ✓ Released to / continued on pretrial release

    ____ Sentenced to time served

    ____ Case Dismissed

    ____ Released to / continued on supervised probation / unsupervised probation

    ____ Released to / continued on supervised release

____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

____ Bench warrant recalled

____ Other: _____

Lucy H. Carrillo
~~Sue Beitia,~~ Clerk of Court

by: JSD                    Deputy Clerk