Salina M. Kanai #8096
Federal Public Defender
District of Hawai‘i

Melinda K. Yamaga #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawai‘i 96850
Telephone: 808-541-2521
Facsimile: 808-541-3545
E-Mail: Melinda_Yamaga@fd.org

Counsel for Defendant
Dallas Pokornik

In the United States District Court
for the District of Hawai‘i

United States of America
Plaintiff

v.

Dallas Pokornik
Defendant

Cr. No. 25-00100 SASP

Stipulation and Order for Temporary Return of Passport

**Stipulation and Order for Temporary Return of Passport**

It is hereby stipulated and agreed by and between the parties herein that U.S. Pretrial Services is authorized to return the defendant's passport to facilitate transactions where physical identification is required. U.S. Pretrial Services is to be in the presence of the defendant during these transactions.

All other previously imposed conditions are to remain the same.

It is so stipulated:

Dated: Honolulu, Hawaiʻi, October 19, 2026.

/s/ Melinda K. Yamaga
Melinda K. Yamaga
Attorney for Defendant
Dallas Pokornik

/s/ Michael D. Nammar
Michael D. Nammar
Attorney for Plaintiff
United States of America

/s/ David K. Kahunahana
David K. Kahunahana
Senior United States Probation Officer

It is approved and so ordered:

Dated: Honolulu, Hawaiʻi, October 21, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

---

*United States v. Dallas Pokorni,* Cr. No. 25-00100 SASP
United States District Court, District of Hawaiʻi
Stipulation and Order for Temporary Return of Passport